IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01397-WDM-MJW

ARDBLAIR SPORTS IMPORTERS LIMITED,

Plaintiff(s),

v.

GOLITE, LLC,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 17) is APPROVED as amended in paragraphs 11 and 18 and made an Order of Court.

Date: September 24, 2007