IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01397-WDM-MJW

ARDBLAIR SPORTS IMPORTERS LIMITED,

Plaintiff(s),

v.

GOLITE, LLC,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion for Protective Order as it Relates to Third-Parties (docket no. 21) is GRANTED.  The written Stipulated Protective Order as it Relates to Third Parties (docket no. 21-2) is APPROVED and made an Order of Court.

Date:  October 15, 2007