IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01397-WDM-KMT

ARDBLAIR SPORTS IMPORTERS LIMITED,
a Scottish Limited Liability Company,

    Plaintiff,

v.

GOLITE, LLC,
a Colorado Limited Liability Company,

    Defendant.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Unopposed Motion to Modify Scheduling Order - Extension of Time to Produce Expert Report" (#36 filed January 4, 2008) is GRANTED. The plaintiff shall have up to and including January 18, 2008 to produce its expert report, and Defendant GoLite, LLC's deadline to disclose its rebuttal expert(s) is extended to and including February 18, 2008.

Dated: February 8, 2008